Case: 1:20-mj-00160
Assigned To : Harvey, G. Michael
Assign. Date : 08/17/2020
Description: Complaint w/ Arrest Warrant

**STATEMENT OF FACTS**

On Sunday, August 16, 2020, the U.S. Department of State's Diplomatic Security Service was notified by law enforcement officers that an individual, later identified as Nabil Ali Madzarac (hereinafter "Madzarac" or "Defendant") sent a video via Facebook messenger to a group of individuals with Libyan connections.

The beginning of the video showed the defendant holding a copy of the Islamic Holy Book, the Quran, and uttering the Islamic Shahada. In Islam, the Shahadah is often recited during the call for prayer, the daily prayer ritual, and moments before death.

In the video, the defendant stated: "…I have a message for you to deliver. Tell Wafa [believed to be an employee of the Libyan Embassy] and tell the Libyan Embassy that they have until Monday until 4:30 to surrender in peace. If they do not surrender in peace and hand over Libya to me, we the Libyan people, they will be slaughtered like Ramadan Lamb, Wallahi![1] This isn't a joke, this isn't a game. We will free Libya together, but every single one of those people that have disobeyed the Quran and have killed people we're coming after you. You can let them know that. It's not a game, this isn't a joke, I am not majnooni.[2] They are majnooni and I am hunting them down because I am the lion king. Ana[3] Libya. Capische. Jumana, Issa, and everybody in the embassy they are fired. Like I said, they have until 4:30 to have a document surrendering to have create a new Libya together that the people control. Brother leader Omar Nabir Abbey. Wallahi…."

In other posts, the defendant identified the Libyan Embassy to be located at 1460 Dahlia Street, N.W., Washington, D.C. and expressed his displeasure with the embassy. The Embassy of the State of Libya is located at the address cited by the defendant.

Records obtained from the Embassy of the State of Libya revealed that the defendant had visited the Embassy on at least one occasion in July 2020.

A review of the defendant's Facebook and Instagram profiles revealed that he had multiple posts on August 16, 2020, referencing going to Libyan Embassy at "4:30 pm, tomorrow". In the early morning hours of August 17, 2020, the defendant posted a video to his Facebook profile that was taken in front of the Embassy of the State of Libya. The video showed the defendant yelling and shouting obscenities at the front gate of the embassy, calling them terrorists, and accusing them of killing his family.

As a result of the threat, the information was passed to police departments, to be on the lookout for the defendant and to increase patrols around the Embassy of the State of Libya.

Phone records obtained from the defendant's service carrier provider revealed that the defendant was driving around Washington, D.C. in the early morning hours on Monday, August 17, 2020, within few miles from the Embassy of the State of Libya.

---

[1] It is the affiant's understanding that "Wallahi" is the Arabic word that translates to "I swear" in English.
[2] It is the affiant's understanding that "majnooni" is the Arabic word that translates to "crazy" in English.
[3] It is the affiant's understanding that "Ana" is the Arabic word that translates to "I am" in English.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 875(c) (Communicating Threats Using Interstate Communications) and 18 U.S.C. § 878 (Threats And Extortion Against Foreign Officials, Official Guests, or Internationally Protected Persons).

_____
Rawad Taha
Special Agent, Diplomatic Security Service
Badge Number 2844

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 17th day of August, 2020.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge